# EXHIBIT B

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey B. Smith  SBN 150095<br>Curd, Galindo & Smith, LLP<br>301 E. Ocean Blvd. Suite 1700<br>Long Beach, CA 90802<br>Phone: 562-624-1177<br>Fax: 562-624-1178<br>Email: jsmith@cgsattys.com | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor Layfield & Barrett, APC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Layfield & Barrett, APC | CASE NO.: 2:17-bk-19548-NB<br>CHAPTER: 11 |
|---|---|
| | **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
| Debtor(s). | |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter _7_ case to a case under chapter _11_ on the grounds set forth below:

2. **Filing Information:**

   a. ☐ A Voluntary Petition under chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13  was filed on: _____

   b. ☒ An Involuntary Petition under chapter  ☒ 7  ☐ 11  was filed on: 08/03/2017 _____
      ☐ An Order of Relief under chapter  ☐ 7  ☐ 11  was entered on: _____

   c. ☐ An Order of Conversion to chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13  was entered on: _____

   d. ☐ Other *(specify)*: _____
      _____
      _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 1            **F 1017-1.1.MOTION.DEBTOR.CONVERT**

3. **Procedural Status**

   a. Name of trustee appointed *(if any)*: N/A

   b. Name of attorney of record for trustee *(if any)*: N/A

4. Debtor alleges that this case has not been previously converted.

5. Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter 7 to a case under chapter 11.

Date: 08/08/2017

Respectfully submitted,

Curd, Galindo & Smith, LLP
Printed name of law firm

_____
Signature

Layfield & Barrett, APC
Printed name of Debtor/trustee

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 2                         F 1017-1.1.MOTION.DEBTOR.CONVERT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

301 E. Ocean Blvd. Suite 1700
Long Beach, CA 90802

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 08/08/2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Martin J Brill    mjb@lnbrb.com Daniel H Reiss    dhr@lnbyb.com, dhr@ecf.inforuptcy.com
Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Alan J Watson    alan.watson@hklaw.com, gloria.hoshiko@hklaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Neil Bason
255 E. Temple Street Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2017 | Valerie Phillips | _/s/ Valerie Phillips_ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                              Page 3                              F 1017-1.1.MOTION.DEBTOR.CONVERT