# EXHIBIT D

FILED & ENTERED

AUG 11 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Layfield & Barrett, APC<br><br><br>Debtor(s). | Case No.: 2:17-bk-19548-NB<br><br>CHAPTER 7<br><br>**ORDER CONVERTING THIS CASE TO ONE UNDER CHAPTER 11**<br><br>Hearing:<br>Date:      August 8, 2017<br>Time:     1:00 p.m.<br>Courtroom:   1545 |

    This case was commenced with the filing of an involuntary chapter 7 petition on August 3, 2017 by the Dominguez Firm ("Dominguez"), a creditor of the alleged debtor. On August 3, 2017 Dominguez also filed an emergency motion for appointment of an interim trustee under 11 U.S.C. § 303(g) (the "Interim Trustee Motion," dkt. 3). This court issued an order setting that matter for hearing at the above-captioned time and place (dkt. 8).

    On August 8, 2017 the debtor filed an opposition to the Interim Trustee Motion (dkt. 17, 18) as well as a motion to convert the case from chapter 7 to chapter 11 (the "Motion to Convert," dkt. 19). At the hearing, the court considered both the Interim

Trustee Motion (addressed by separate order) and the Motion to Convert (addressed by this order).  Based on the foregoing papers, the other filed papers and records in this case, and the arguments presented at the hearing; and for the reasons stated on the record; and with good cause appearing, it is hereby ORDRED:

    1.  This case is converted to one under chapter 11 of the Bankruptcy Code.

    2.  This court will set a status conference in this case via a separate order.

###

Date: August 11, 2017

*Neil W. Bason*
Neil W. Bason
United States Bankruptcy Judge