# EXHIBIT F

Jeffrey I. Golden, State Bar No. 133040
jgolden@lwgfllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Creditor
Advocate Capital, Inc.

**FILED & ENTERED**

**AUG 17 2017**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **sumlin**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

In re

LAYFIELD & BARRETT, APC,

Debtor.

Case No. 2:17-bk-19548-NB

Chapter 11

**ORDER APPROVING STIPULATION FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

The Court having considered the Stipulation for the Appointment of a Chapter 11 Trustee (the "Stipulation") entered into between secured creditor, Advocate Capital, Inc. ("Advocate"), petitioning creditors The Dominguez Firm, Mario Lara, Nayazi Reyes, and Maria Rios (the "Petitioning Creditors"), and Layfield & Barrett, APC (the "Debtor," and together with Advocate and the Petitioning Creditors, the "Parties"), and for good cause shown,

**IT IS ORDERED** that:

1. The Stipulation is approved; and

///

2. The Office of the United States Trustee is directed to appoint a Chapter 11 Trustee in the above-captioned chapter 11 bankruptcy case.

###

Date: August 17, 2017

Neil W. Bason
United States Bankruptcy Judge

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1129193.1

2

ORDER