# EXHIBIT G

PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
Dare Law, State Bar No. 155714
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Blvd, Suite 1850
Los Angeles, California 90017
(213) 894-4925 telephone
(213) 894-2603 facsimile
Email: dare.law@usdoj.gov

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**LAYFIELD & BARRETT, APC,**<br><br>Debtor(s). | Case No.: 2:17-bk-19548 NB<br><br>Chapter 11<br><br>**NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE** |

THE UNITED STATES TRUSTEE appoints RICHARD PACHULSKI as the Chapter 11 Trustee in this case pursuant to the Court's order entered on August 17, 2017 directing the appointment under 11 U.S.C. § 1104.

Mr. Pachulski's contact information is:

> Richard Pachulski
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067-4003
> T: 310.277.6910
> F: 310.201.0760

DATE: August 21, 2017

By: /s/ Peter C. Anderson
PETER C. ANDERSON
United States Trustee

- 1 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017-3560

A true and correct copy of the foregoing document entitled (*specify*): **Notice of Appointment of Chapter 11 Trustee** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**August 21, 2017**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On __**August 21, 2017**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __**August 21, 2017**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 21, 2017 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Print Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

| Name | Capacity | Email Address |
|---|---|---|
| Moises S Bardavid | Interested Party | mbardavid@hotmail.com |
| Martin J Brill | Interested Party | mjb@lnbrb.com |
| Baruch C Cohen | Interested Party | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Beth Gaschen | Attorney for Creditor | bgaschen@wgllp.com, kadele@wgllp.com; lfisk@wgllp.com; lgauthier@lwgfllp.com; nlockwood@lwgfllp.com |
| Jeffrey I Golden | Attorney for Creditor | jgolden@wgllp.com |
| Stella A Havkin | Attorney for Debtor | stella@havkinandshrago.com, havkinlaw@earthlink.net; r49306@notify.bestcase.com |
| Dare Law | Attorney for U.S. Trustee | dare.law@usdoj.gov |
| Daniel H Reiss | Interested Party | dhr@lnbyb.com, dhr@ecf.inforuptcy.com |
| Lindsey L Smith | Interested Party | lls@lnbyb.com, lls@ecf.inforuptcy.com |
| United States Trustee (LA) | | ustpregion16.la.ecf@usdoj.gov |
| Alan J Watson | Petitioning Creditor | alan.watson@hklaw.com, gloria.hoshiko@hklaw.com |

*SEE NEF FOR CONFIRMATION OF ELECTRONIC TRANSMISSION TO THE U.S. TRUSTEE AND ANY TRUSTEE IN THIS CASE, AND TO ANY ATTORNEYS WHO RECEIVE SERVICE BY NEF.*

2. **SERVED BY U.S. MAIL**

**Debtor:**
**Layfield & Barrett, APC**
2720 Homestead Rd Ste 210
Park City, UT 84098

**Chapter 11 Trustee:**
Richard Pachulski, Esq.
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

**Request for Special Notice:**
Patricia Salcedo
The Dominguez Firm
3250 Wilshire Blvd #2200
Los Angeles, CA 90010

Timothy M Smith
McKinley Smith APC
3445 American River Dr Ste A
Sacramento, CA 95864

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

3. **SERVED BY FEDERAL EXPRESS OVERNIGHT MAIL** (Pursuant to the UST's agreement with the Bankruptcy Judge's Courtesy Copy was mailed Federal Express overnight mail to the following address.)

Judge's Copy
Honorable Neil W. Bason
U.S. Bankruptcy Court
255 E. Temple Street, Room 940
Los Angeles, CA 90012
Attn: Mail Room Clerk-Judges Copies

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE