# EXHIBIT I

```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  Jill M. Sturtevant, State Bar No. 089395
    Assistant United States Trustee
 3  Dare Law, State Bar No. 155714
    Trial Attorney
 4  OFFICE OF THE UNITED STATES TRUSTEE
    915 Wilshire Blvd., Suite 1850
 5  Los Angeles, California 90017-5418
    (213) 894-4925 telephone
 6  (213) 894-2603 facsimile
    dare.law@usdoj.gov
 7
```

FILED & ENTERED

AUG 22 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC<br><br>      Debtor. | Case No.: 2:17-bk-19548 NB<br><br>Chapter 11<br><br>ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE<br><br>Date: no hearing required<br>Time:<br>Ctrm: 1575<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

  The Court having considered the United States Trustee's Application for Order Approving Appointment of Trustee and Fixing Bond (dkt. 53, the "Application"), and for good cause appearing, it is hereby

  ORDERED that the Application is granted, and it is

///

///

///

///

///

///

1

1     FURTHER ORDERED that the appointment of RICHARD PACHULSKI as chapter 11

2 Trustee by the United States Trustee is approved.

3                                         # # #

23 Date: August 22, 2017

Neil W. Bason
United States Bankruptcy Judge

2