# EXHIBIT M

Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

**FILED & ENTERED**

**AUG 09 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>                    Debtor. | Case No**. 2:17-bk-19548-NB**<br><br>Chapter 11<br><br>**ORDER <u>PROVISIONALLY</u> APPROVING STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD**<br><br>[No Hearing Required] |

<u>**TO: MR. PHILIP JAMES LAYFIELD,** individually and in whatever capacities he may be affiliated with any of the Layfield Parties (as defined in the Stipulation, defined below), **RICHARD M. PACHULSKI,** in his capacity as Trustee, **WESLEY H. AVERY,** as Trustee, and **ALL OTHER PARTIES IN INTEREST:**</u>

The Court having considered the *Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [Docket No. 445] (the "<u>Stipulation</u>"), dated August 9, 2019, as agreed to by Richard M. Pachulski, the Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett,

DOCS_LA:323539.1 51414/001

APC, and Wesley H. Avery, the duly appointed chapter 7 trustee in the bankruptcy case entitled *In re Philip James Layfield*, Case No. 2:18-bk-15829-NB, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that

1. The Stipulation is <u>provisionally APPROVED, subject to the conditions set forth below</u>.

2. <u>The proof of service attached to the Stipulation states that it was served on Mr. Layfield via U.S. mail on August 9, 2019.  There is no motion to approve the stipulation, or memorandum of points and authorities, addressing whether Mr. Layfield or any of the Layfield Parties (as defined in the Stipulation) have standing to oppose the relief requested in the Stipulation.  This Court expresses no opinion on that issue, but if any party in interest wishes to address that issue, or any other issues relating to the approval of the Stipulation, they are directed to do so no later than the next status conference in the above-captioned case.  If any party does raise such issues then this Court contemplates either resolving such issues at the status conference or, if appropriate, setting a briefing schedule and hearing.</u>

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

### # # #

Date: August 9, 2019

Neil W. Bason
United States Bankruptcy Judge

2

DOCS_LA:323539.1 51414/001