# EXHIBIT Q

Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail: mpagay@pszjlaw.com

Attorneys for Richard M. Pachulski, Chapter 11 Trustee

FILED & ENTERED

MAR 11 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>  Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER APPROVING SECOND STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD**<br><br>[No Hearing Required] |

The Court having considered the *Second Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [Docket No. 480] (the "Stipulation"), dated March 10, 2020, as agreed to by Richard M. Pachulski, the Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett, APC, and Wesley H. Avery, the duly appointed chapter 7 trustee in the bankruptcy case entitled *In re Philip James Layfield*, Case No. 2:18-bk-15829-NB, and good cause appearing therefor,

DOCS_LA:328184.1 51414/001

**IT IS HEREBY ORDERED** that

1. The Stipulation is APPROVED.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: March 11, 2020

Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:328184.1 51414/001

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA