# EXHIBIT S

```
 1  Malhar S. Pagay (CA Bar No. 189289)
    PACHULSKI STANG ZIEHL & JONES LLP
 2  10100 Santa Monica Blvd., 13th Floor
    Los Angeles, California 90067
 3  Telephone: 310/277-6910
    Facsimile:  310/201-0760
 4  E-mail: mpagay@pszjlaw.com

 5  Attorneys for Richard M. Pachulski, Chapter 11 Trustee
```

FILED & ENTERED

AUG 06 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LAYFIELD & BARRETT, APC,<br><br>          Debtor. | Case No. 2:17-bk-19548-NB<br><br>Chapter 11<br><br>**ORDER APPROVING THIRD STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD**<br><br>[No Hearing Required] |

The Court having considered the *Third Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [Docket No. 493] (the "Stipulation"), dated August 5, 2020, as agreed to by Richard M. Pachulski, the Chapter 11 Trustee of the bankruptcy estate of Layfield & Barrett, APC, and Wesley H. Avery, the duly appointed chapter 7 trustee in the bankruptcy case entitled *In re Philip James Layfield*, Case No. 2:18-bk-15829-NB, and good cause appearing therefor,

DOCS_LA:331230.1 51414/001

**IT IS HEREBY ORDERED** that

1. The Stipulation is APPROVED.

2. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# # #

Date: August 6, 2020

Neil W. Bason
United States Bankruptcy Judge

DOCS_LA:331230.1 51414/001