# EXHIBIT U

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Layfield & Barrett, APC<br><br><br>Debtor(s) | CASE NO.: 2:17-bk-19548-NB<br>ADVERSARY NO.:<br>NOTICE OF APPEAL FILED:  08/10/2020<br>NOTICE OF CROSS APPEAL FILED :<br>BANKRUPTCY CASE FILED :  08/03/2017<br>APPEAL DOCKET ENTRY NO.:  497 |
|---|---|
| vs.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **NOTICE OF REFERRAL OF APPEAL** |

To all parties in interest, and the:

☐ Bankruptcy Appellate Panel of the Ninth Circuit
☒ United States District Court, Central District of California

You are hereby notified that the following document(s) have been filed at the Bankruptcy Court.

☐ Motion for Leave to Appeal
☐ Answer in opposition to Motion for Leave to Appeal
☒ Notice of Appeal and Statement of Election
☐ Notice of Cross-Appeal
☐ Appellant's Statement of Election to Transfer Appeal to the District Court
☒ Other (*specify*):

Appellant Designation of Contents For Inclusion in Record On Appeal; Notice of Transcripts

By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U.S. District Court, as indicated above.

I certify that a true copy of the Notice of Appeal and Statement of Election, Notice of Referral of Appeal, Transcript Order Form, and Notice of Transcript were served on each of the parties listed in the Appeal, together with a copy of the Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit, as applicable.

Kathleen J. Campbell
Clerk of Court

Date:__08/10/2020_____          By:   /s/ SONNY MILANO
                                      _____
                                       Deputy Clerk

# NOTICE OF APPEAL SERVICE LIST

**1.    SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

☐  Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov

☒  United States District Court at bkappeal_cacd@cacd.uscourts.gov

Office of the United States Trustee

☒  Los Angeles Division at ustpregion16.la.ecf@usdoj.gov

☐  Riverside Division at ustpregion16.rs.ecf@usdoj.gov

☐  Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov

☐  San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov

☐  Northern Division at ustpregion16.nd.ecf@usdoj.gov

Other parties served by NEF:

REFER TO ATTACHED LIST

**2.    SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**

Philip J. Layfield
8 The Green, Suite 6426
Dover, DE 19901

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - **SELECT DIVISION****

| In re: | |
|---|---|
| | CASE NO.: |
| | CHAPTER: **Select Chapter** |
| | ADVERSARY NO.:<br>(if applicable) |
| | DATE NOTICE OF APPEAL FILED: |
| | DATE NOTICE OF CROSS APPEAL FILED: |
| Debtor(s). | APPEAL DOCKET ENTRY NO.: |
| vs.                    Plaintiff(s),<br><br><br><br>Defendant(s). | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☐    I do not intend to designate any portion of the transcript(s).

☐    I requested a copy of the transcript(s).

1.   Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
     Date (*specify*) _____ transcript was requested.

2.   Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
     Date (*specify*) _____ transcript was requested.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                          Page 1                          **F 8004-1.1.NOTICE.TRANSCRIPT**

3. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

4. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

5. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

☐  I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

2. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

3. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

4. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

5. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

Date: ___08/10/2020___

_____
Printed name of law firm

_____
Signature

_____
Printed name

_____
Attorney for (*specify*)

<u>Instructions</u>

This Notice <u>cannot</u> be used to order a transcript.  To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 2                          **F 8004-1.1.NOTICE.TRANSCRIPT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

<div style="text-align: right;">☐  Service information continued on attached page</div>

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<div style="text-align: right;">☐  Service information continued on attached page</div>

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (<u>state method for each person or entity served</u>):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<div style="text-align: right;">☐  Service information continued on attached page</div>

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# TRANSCRIPT ORDERING INSTRUCTIONS

## TRANSCRIPT REQUESTS

A separate form must be completed for each hearing date requested. Select a Transcription Service Provider from the attached Court-approved list of transcribers and complete the *Transcript Order form*.

Five (5) types of transcript requests:

- **Ordinary:** A transcript to be delivered within thirty (30) calendar days after receipt of deposit.

- **14 Days:** A transcript to be delivered within fourteen (14) calendar days after receipt of deposit.

- **7 Days:** A transcript to be delivered within seven (7) calendar days after receipt of deposit.

- **3 Days:** A transcript to be delivered within three (3) calendar days after receipt of deposit.

- **Daily:** A transcript to be delivered within 24 hours after receipt of deposit.

## 341(a) MEETING OF CREDITORS:

The Meeting of Creditors is recorded by the Trustee. The Court does not keep or provide a copy of the recording. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16.

## FILE THE TRANSCRIPT ORDER FORM

Parties with an ECF account must file the Transcript Order Form in CM/ECF on the related case docket. Use docket event "*Transcript Order Form (Public Request)*." As with all ECF filings, the completed PDF *Transcript Order Form* must be "flattened" before electronically filing through ECF (click here to view the procedure). Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**

## TRANSCRIPT PROCESSING

The Court does not transcribe court proceedings. **The official record of court proceedings is transcribed by a court-approved transcriber from materials provided to that transcriber by the court.** When a *Transcript Order Form* is received, the Court will forward the hearing information to the Transcription Service Provider you designate on the Transcript Order Form. The Transcription Service Provider will contact you regarding receipt of the transcript. Thereafter, contact the Transcription Service Provider directly if you have questions regarding your transcript order. Transcripts cannot be picked up at the Court. For more information, go to www.cacb.uscourts.gov/track-transcript-status.

## TRANSCRIPT COSTS/FORMS OF PAYMENT

The Transcription Service Provider will contact you directly regarding transcript costs and forms of payment. Rates may vary but may not exceed maximum charges set by the Judicial Conference of the United States (maximum rates are listed at www.cacb.uscourts.gov/transcripts).

## COPIES OF TRANSCRIPTS

Once the *Transcript Order Form* requesting a transcript of a hearing is entered on the related case docket, a Transcription Service Provider is designated and materials for transcription are sent by the Court to the designated Transcription Service Provider. If more than one party files a *Transcript Order Form* for the same hearing, the first *Transcript Order Form* on the docket takes precedence. All other parties that wish to obtain a transcript of the same hearing are to contact the Transcription Service Provider designated on the case docket.

Completed transcripts are filed by the transcriber on the related case docket and restricted for 90 days from the filed date as set forth in the *Guide to Judiciary Policy* Vol. 6, §510.25.10. During the 90-day restriction period, the transcript may be viewed at the Clerk's Office on a public computer terminal or a copy purchased from the designated Transcription Service Provider that created the original transcript. For more information see *Transcript Ordering Instructions,* section 1.15 of the Court Manual at www.cacb.uscourts.gov/court-manual.

## COURT LOCATIONS

Self-represented litigants and parties without an ECF account may hand-deliver or mail the form to the division where the hearing was held.

| *DIVISION | ADDRESS |
|---|---|
| **Los Angeles (LA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>255 E. Temple Street Suite 940<br>Los Angeles, CA 90012<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Northern (ND)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>1415 State Street<br>Santa Barbara, CA 93101<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Riverside (RS)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>3420 Twelfth Street<br>Riverside, CA 92501<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **San Fernando Valley (SV)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367<br>Attn: Transcript Orders (name of Judge who held the hearing) |
| **Santa Ana (SA)**<br><br>(855) 460-9641 | United States Bankruptcy Court<br>411 West Fourth Street<br>Santa Ana, CA 92701<br>Attn: Transcript Orders (name of Judge who held the hearing) |

**\*NOTE: The Court does not accept transcript requests via fax, email or telephone.**



**UNITED STATES BANKRUPTCY COURT**

CENTRAL DISTRICT OF CALIFORNIA

**APPROVED TRANSCRIPTION SERVICE PROVIDERS**

**BEN HYATT CERTIFIED DEPOSITION REPORTERS**

17835 Ventura Blvd., Suite 310

Encino, CA 91316

Ph: (888) 272-0022, ext. 201 or ext. 206

Fax: (818) 343-7116

Email: mhyatt@benhyatt.com

www.BenHyatt.com

**eSCRIBERS, LLC**

7227 N 16th Street, Suite 207

Phoenix, AZ 85020

Ph:(213) 943-3843

Fax: (973) 954-5619

Email: operations@escribers.net

www.eScribers.net

**BRIGGS REPORTING CO., INC.**

4455 Morena Boulevard, Suite 104

San Diego, CA 92117

Ph: (310) 410-4151

Fax: (858) 453-9625

Email:briggs_reporting@sbcglobal.net

**EXCEPTIONAL REPORTING SERVICES, INC.**

14633 S. Padre Island Drive, Suite 103

Corpus Christi, TX 78418

Ph:(361) 949-2988, ext. 0

Fax: (361) 949-7799

Email: transcripts@exceptionalreporting.com

www.ExceptionalReporting.com

**ECHO REPORTING, INC.**

4455 Morena Boulevard, Suite 104

San Diego, CA 92117

Ph:(858) 453-7590

Fax: (858) 453-9625

Email: echoreporting@yahoo.com

www.EchoReportinginc.com

**J & J COURT TRANSCRIBERS, INC.**

268 Evergreen Avenue

Hamilton, NJ 08619

Ph: (609) 586-2311

Fax: (609) 587-3599

Email: JJcourt@JJcourt.com

www.JJcourt.com



ORDER No. _____

# UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

## <u>TRANSCRIPT ORDER FORM</u>

CHAPTER_____

APPEAL? ☐Yes ☐No
APPEAL No. _____

(File this form on the related case docket)                                                                    (if known)

Ordering Party's Name:_____  Attorney Bar# _____

Law Firm: _____

Mailing Address: _____

_____

Person to Contact (**If Judge-ordered: Transcriber to contact Procurement\*\***):_____

Telephone: (_____)_____ E-mail: _____

Bankruptcy Case #: _____ Adversary Proceeding #/MP #: _____

Date of Hearing (**complete a SEPARATE form for EACH hearing date**): _____Time: _____

Debtor: _____

Adversary Proceeding Name: _____ vs. _____

Hearing Judge: SELECT _____  Courtroom #: SELECT _____ .

**TRANSCRIBER:** SELECT _____  **ALTERNATE:** SELECT _____
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

| **Transcript Type:** | **NOTE:** The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)   ☐ 3 Days   ☐ Entire Hearing
☐ 14 Days   ☐ Daily (24 hours)   ☐ Ruling/Opinion of Judge only
☐ 7 Days   ☐ Testimony of Witness _____
   ☐ Other*   (name of witness)

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, ***Transcript Costs/Forms of Payment***.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript\*\*:** Clerk must **docket this form**; CM/ECF will automatically notify Procurement.

Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐FDS ☐Mail ☐Messenger

Digital Recording (or Analog Tape Recording)

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

(Tape #:____)Time Start (Index #): _____Time End (Index #): _____Time Start: _____Time End: _____

Court Recorder: _____ Division:_____ Processed by: _____

### **\*\*TRANSCRIBER INSTRUCTIONS**

**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote <u>prior</u> to transcribing.

*Rev. June 2018. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*

# Mailing Information for Case 2:17-bk-19548-NB

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Paul M Brent    snb300@aol.com
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    GRBronson@traskbritt.com, cawatters@traskbritt.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Sevan Gorginian    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Yana G Henriks    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com

- Jessica Mickelsen Simon     simonjm@ballardspahr.com, carolod@ballardspahr.com
- Dennette A Mulvaney     dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader     rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman     osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- Malhar S Pagay     mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Brian A Paino     bpaino@mcglinchey.com,
  asifuentes@mcglinchey.com;khan@mcglinchey.com
- Michael F Perlis     mperlis@lockelord.com,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungar
  ay@lockelord.com
- Michael F Perlis     ,
  merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungar
  ay@lockelord.com
- Hamid R Rafatjoo     hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch     frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- Damion Robinson     dr@agzlaw.com
- Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro     dsolitro@lockelord.com, ataylor2@lockelord.com
- Gary R Wallace     garyrwallace@ymail.com
- Alan J Watson     alan.watson@hklaw.com, rosanna.perez@hklaw.com

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Philip J. Layfield<br>8 The Green<br>Suite 6426<br>Dover, DE 19901<br>phil@maximum.global<br>(202) 904-4409<br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

</div>

| In re:<br><br>Layfield & Barrett, APC<br><br><br><br><div align="right">Debtor(s).</div> | CASE NO.:2:17-bk-19548<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| <div align="right">Plaintiff(s) (*if applicable*).</div><br>vs.<br><br><br><br><div align="right">Defendant(s) (*if applicable*).</div> | <div align="center">**NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION**</div> |

**Part 1:  Identify the appellant(s)**

1.  Name(s) of appellant(s): Philip James Layfield

2.  Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (*describe*):

For appeals in a bankruptcy case and not in an  adversary proceeding.
☒ Debtor
☐ Creditor
☐ Trustee
☐ Other (*describe*):

**Part 2:  Identify the subject of this appeal**

1.  Describe the judgment, order, or decree appealed from:
    Order Approving Third Stipulation and Tolling Agreement Extending Statutes of Limitation Re Philip
    Layfield docket #s 493 and 494

2.  The date the judgment, order, or decree was entered:  8/6/2020

**Part 3:  Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1.  Party:  Philip Layfield, Appellant

    Attorney:

2.  Party: Richard M. Pachulski, Appellee

    Attorney:

    Malhar Pagay
    Pachulski, Stang, Ziehl & Jones, LLP
    10100 Santa Monica Blvd, Suite 1300
    Los Angeles, CA 90067
    (310)277-6910

**Part 4:  Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒  Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5:  Sign below**

_Philip Layfield_
_____  Date: 08/10/2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

1  Malhar S. Pagay (CA Bar No. 189289)
   PACHULSKI STANG ZIEHL & JONES LLP
2  10100 Santa Monica Blvd., 13th Floor
   Los Angeles, California 90067
3  Telephone: 310/277-6910
   Facsimile: 310/201-0760
4  E-mail: mpagay@pszjlaw.com

5  Attorneys for Richard M. Pachulski, Chapter 11 Trustee

6

7              UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

                     LOS ANGELES DIVISION

9  In re:                              Case No. 2:17-bk-19548-NB

10 LAYFIELD & BARRETT, APC,            Chapter 11

11                  Debtor.

12                                      THIRD STIPULATION AND TOLLING
                                        AGREEMENT EXTENDING STATUTES
13                                      OF LIMITATION RE: PHILIP LAYFIELD

14                                      [No Hearing Required]

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Richard M. Pachulski (the "L&B Trustee"), the Chapter 11 Trustee of the bankruptcy

estate of Layfield & Barrett, APC ("L&B" or the "Debtor"), and Wesley H. Avery, the duly

appointed chapter 7 trustee in the bankruptcy case entitled *In re Philip James Layfield*, Case

No. 2:18-bk-15829-NB (the "Layfield Trustee", and together with the L&B Trustee, the

"Parties"), hereby stipulate and agree as follows in accordance with the following facts and

recitals:

## RECITALS

A.      On August 3, 2017 (the "L&B Petition Date"), petitioning creditors The Dominguez

Firm, Inc., Mario Lara, Nayazi Reyes and Maria A. Rios (the "Petitioning Creditors"), filed an

involuntary petition for relief under chapter 7 of the Bankruptcy Code, 11 U.S.C. §§ 101, *et seq.* (the

"Bankruptcy Code"), against L&B [Docket No. 1], in this Court thereby commencing the above-

captioned bankruptcy case (the "L&B Case"). That same day, the Petitioning Creditors filed an

*Emergency Motion for Appointment of an Interim Trustee Under 11 U.S.C. § 303(g) and Granting*

*Emergency Relief* [Docket No. 3] (the "Trustee Motion").

B.      In response to the Trustee Motion, the Debtor filed a *Motion to Convert Case Under*

*11 U.S.C. §§ 706(a) or 1112(a)* on August 8, 2017 [Docket No. 19] (the "Conversion Motion"),

seeking to convert the L&B Case to one under chapter 11 of the Bankruptcy Code.  On August 11,

2017, the Court entered orders granting the Conversion Motion [Docket No. 25], and denying the

Trustee Motion [Docket No. 24].

C.      On August 16, 2017, the Debtor, Petitioning Creditors, and Advocate Capital, Inc.

entered into a *Stipulation for the Appointment of a Chapter 11 Trustee* [Docket No. 38] (the "Trustee

Appointment Stipulation"), on the grounds that "the Parties believe that all creditors and the Debtor

would be better served by the appointment of a chapter 11 trustee," which the Court approved by

order on August 17, 2017 [Docket No. 42].  Trustee Appointment Stipulation ¶ D at 2.

D.      On August 21, 2017, the United States Trustee (the "UST") filed its *Notice of*

*Appointment of Chapter 11 Trustee*, appointing Richard M. Pachulski as Chapter 11 Trustee in the

L&B Case [Docket No. 51].  Also on August 21, 2017, the UST filed an *Application for Order*

*Approving Appointment of Chapter 11 Trustee* [Docket No. 53], which application was granted by

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

the Court's order entered the following day [Docket No. 56].  On August 28, 2017, the L&B Trustee

filed his *Acceptance of Appointment as Chapter 11 Trustee* [Docket No. 63].

E.      On September 27, 2017, the Court entered its *Order Amending "Order Converting*

*This Case to One Under Chapter 11" to Include Order for Relief*, providing for the entry of the

Order for Relief to be effective as of August 11, 2017 [Docket No. 99].

F.      On May 21, 2018, the L&B Trustee and two other creditors (the "<u>Layfield Petitioning</u>

<u>Creditors</u>") filed an involuntary chapter 7 petition against Philip Layfield ("<u>Layfield</u>") in this Court

[Docket No. 1], thereby commencing Case No. 2:18-bk-15829-NB (the "<u>Layfield Case</u>").

G.      On May 23, 2018, Wellgen Standard, LLC, one of the Layfield Petitioning Creditors,

filed *Wellgen Standard, LLC's Motion for Order Appointing an Interim Trustee Under 11 U.S.C.*

*§ 303(g)* [Docket No. 5] (the "<u>Interim Trustee Motion</u>"), seeking the appointment of an interim

chapter 7 trustee in the Layfield Case.

H.      On May 30, 2018, this Court granted the Interim Trustee Motion and on June 8, 2018,

the UST appointed the Layfield Trustee.

I.      To date, the L&B Trustee has determined that, in the one year before the L&B

Petition Date, the Debtor made numerous transfers to Philip Layfield.

J.      The time period for the L&B Trustee to bring certain potential causes of action

against Layfield and any entities directly or indirectly owned by or under the control of Layfield

(collectively "<u>Layfield Parties</u>") under Chapter 5 of the Bankruptcy Code and, potentially, claims

under applicable state law ("<u>Causes of Action</u>") originally was to expire on August 11, 2019 (the

"<u>Chapter 5 Statute of Limitations</u>").

K.      On or about August 9, 2019, the L&B Trustee and Layfield Trustee entered into that

certain *Stipulation and Tolling Agreement Extending Statutes of Limitation Re:  Philip Layfield*

[Docket No. 445] (the "<u>First Extension Stipulation</u>"), pursuant to which, among other relief, the

Parties agreed to toll the Chapter 5 Statute of Limitations until March 11, 2020, in order to allow the

parties to discuss and hopefully resolve informally the disposition of the Causes of Action without

the need to commence formal proceedings in this Court.  The Court approved the First Extension

Stipulation by order entered the same day [Docket No. 446].

2

L. On or about March 10, 2020, the L&B Trustee and Layfield Trustee entered into that certain *Second Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [Docket No. 480] (the "Second Extension Stipulation"), pursuant to which, among other relief, the Parties agreed to toll the Chapter 5 Statute of Limitations until September 11, 2020, in order to allow the parties to discuss and hopefully resolve informally the disposition of the Causes of Action without the need to commence formal proceedings in this Court. The Court approved the Second Extension Stipulation by order entered on March 11, 2020 [Docket No. 481].

M. The Parties seek to further extend the Chapter 5 Statute of Limitations to maintain the status quo between the L&B and Layfield bankruptcy estates with respect to the Causes of Action in order to facilitate further discussions and hopefully resolve informally the disposition of the Causes of Action without the need to commence formal proceedings in this Court.

**NOW, THEREFORE**, as of August 11, 2020 (the "Commencement Date"), the L&B Trustee and the Layfield Trustee hereby stipulate and agree as follow:

## STIPULATION

1. The Parties incorporate the Recitals as set forth above, and such Recitals are made a material part hereof.

2. Covenant Not to Sue. In consideration of the Layfield Trustee's agreement to further toll the statutes of limitation as set forth herein, the L&B Trustee agrees not to commence, file or initiate any Causes of Action against any Layfield Party for the period beginning on the Commencement Date through February 11, 2021. The covenant is made with the understanding that the L&B Trustee and the Layfield Trustee may agree, in writing, to extend the duration of the covenant beyond the expiration date provided in this paragraph.

3. Tolling of Statutes of Limitation. In consideration for the L&B Trustee's Covenant Not to Sue (as set forth in paragraph 2 of this Stipulation), the Layfield Trustee agrees that all statutes of limitation, including but not limited to those set forth in section 546 of the Bankruptcy Code, applicable to any Causes of Action that the L&B Trustee may bring against any Layfield Party are hereby extended from the Commencement Date through and including March 11, 2021 (the "Tolling Period"), and the Tolling Period shall be excluded from any calculation of any statute of

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    limitations period applicable to any Causes of Action brought by the L&B Trustee against any

2    Layfield Party. The Layfield Trustee acknowledges that he will be estopped hereby from arguing

3    that this Stipulation is ineffective to extend the time within which the L&B Trustee must commence

4    an action to pursue the Causes of Action.

5        **IN WITNESS WHEREOF**, the Parties have executed this Stipulation as of the dates set

6    forth below.

7

8    Dated: August _5_, 2020                    PACHULSKI STANG ZIEHL & JONES LLP

9                                                By    _/s/ Malhar S. Pagay_

10                                                     Malhar S. Pagay
                                                       Attorneys for Richard M. Pachulski, Chapter
11                                                     11 Trustee

12

13    Dated: August 5th, 2020                    WEILAND GOLDEN GOODRICH LLP

14

15                                                By

16                                                     Jeffrey I. Golden

17                                                     Special Counsel for Wesley H. Avery,
                                                       Chapter 7 Trustee

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **THIRD STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE:  PHILIP LAYFIELD** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 5, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 5, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Philip James Layfield
> c/o Maximum Legal Holdings, LLC
> 8 The Green, Suite 6426
> Dover, DE 19901

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 5, 2020**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> By Email:
> Philip James Layfield
> Email:  phil@maximum.global

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **August 5, 2020** | Nancy H. Brown | */s/ Nancy H. Brown* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:323651.2 51414/002

**F 9013-3.1.PROOF.SERVICE**

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Case 2:17-bk-19548-NB

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Paul M Brent    snb300@aol.com
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    GRBronson@traskbritt.com, cawatters@traskbritt.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Sevan Gorginian    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com,
  roksana@rhmfirm.com;matt@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Yana G Henriks    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, asifuentes@mcglinchey.com;khan@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:323651.2 51414/002

**F 9013-3.1.PROOF.SERVICE**

1 | Malhar S. Pagay (CA Bar No. 189289)
2 | PACHULSKI STANG ZIEHL & JONES LLP
  | 10100 Santa Monica Blvd., 13th Floor
  | Los Angeles, California 90067
3 | Telephone: 310/277-6910
  | Facsimile:  310/201-0760
4 | E-mail: mpagay@pszjlaw.com

FILED & ENTERED

AUG 06 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

5 | Attorneys for Richard M. Pachulski, Chapter 11 Trustee

6

7

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10 | **LOS ANGELES DIVISION**

11 | In re:                              Case No. 2:17-bk-19548-NB

12 | LAYFIELD & BARRETT, APC,            Chapter 11

13 |                 Debtor.            **ORDER APPROVING THIRD
   |                                    STIPULATION AND TOLLING
14 |                                    AGREEMENT EXTENDING STATUTES
   |                                    OF LIMITATION RE: PHILIP LAYFIELD**

15 |                                    [No Hearing Required]

16

17

18

19

20

21

22 |     The Court having considered the *Third Stipulation and Tolling Agreement Extending Statutes

23 | of Limitation Re: Philip Layfield* [Docket No. 493] (the "Stipulation"), dated August 5, 2020, as

24 | agreed to by Richard M. Pachulski, the Chapter 11 Trustee of the bankruptcy estate of Layfield &

25 | Barrett, APC, and Wesley H. Avery, the duly appointed chapter 7 trustee in the bankruptcy case

26 | entitled *In re Philip James Layfield*, Case No. 2:18-bk-15829-NB, and good cause appearing

27 | therefor,

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:331230.1 51414/001

1     **IT IS HEREBY ORDERED** that

2     1.     The Stipulation is APPROVED.

3     2.     The Court shall retain jurisdiction to hear and determine all matters arising from or

4     relating to this Order.

5     # # #

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Date: August 6, 2020          Neil W. Bason
United States Bankruptcy Judge

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:331230.1 51414/001

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8 The Green, Suite 6426, Dover, DE 19901

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _08/10/2020_, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attachment

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| _08/10/2016_ | Christine Layfield | _Christine Layfield_ (signature) |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

   Case 2:17-bk-19548-NB

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Paul M Brent    snb300@aol.com
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    GRBronson@traskbritt.com, cawatters@traskbritt.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Sevan Gorginian    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Yana G Henriks    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, asifuentes@mcglinchey.com;khan@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1  Philip J. Layfield
2  c/o Maximum Legal Holdings, LLC
   8 The Green
   Suite 6426
3  Dover, Delaware 19901
   Telephone: (302) 401-6804
4  phil@maximum.global

5

6                **UNITED STATES BANKRUPTCY COURT**

7                **CENTRAL DISTRICT OF CALIFORNIA**

8                **LOS ANGELES DIVISION**

9

10 In re:                              Case No.: 2:17-bk-19548

11 Layfield & Barrett, APC

12     Debtor                          Assigned to: Hon. Neil Bason

13

14                                     **APPELLANT, PHILIP LAYFIELD'S
                                       DESIGNATION OF ITEMS TO BE INCLUDED
15                                     IN RECORD ON APPEAL**

16

17

18

19

| Filing Date | # | Docket Text |
|---|---|---|
| August 5, 2020 | 493 | Stipulation By Richard Pachulski (TR) and *Wesley H. Avery/Third Stipulation and Tolling Agreement Extending Statutes of Limitation re: Philip Layfield* Filed by Trustee Richard Pachulski (TR) (Pagay, Malhar) (Entered: 08/05/2020) ) |
| August 6, 2020 | 494 | Order approving third stipulation and tolling agreement extending statutes of limitation re: Philip Layfield (BNC-PDF) (Related Doc # 493 ) Signed on 8/6/2020 (Sumlin, Sharon E.) (Entered: 08/06/2020) ) |
| | | |

20
21
22
23
24
25
26
27
28

1

2

Dated: August 10, 2020

3
_____

4    Philip Layfield

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

8 The Green, Suite 6426, Dover, DE 19901

A true and correct copy of the foregoing document entitled:    ESIGNATION OF RECORD ON APPEAL be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in he manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  08/10/2020   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

See attachment

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/10/2016 | Christine Layfield | *Christine Layfield* |
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

> Case 2:17-bk-19548-NB

- Wesley H Avery    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- Jason Balitzer    jbalitzer@sulmeyerlaw.com, jbalitzer@ecf.inforuptcy.com;dwalker@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com
- Moises S Bardavid    mbardavid@hotmail.com
- Daniel I Barness    daniel@barnesslaw.com
- James W Bates    jbates@jbateslaw.com
- Darwin Bingham    cat@scalleyreading.net
- Paul M Brent    snb300@aol.com
- Martin J Brill    mjb@lnbrb.com
- William S Brody    wbrody@buchalter.com, dbodkin@buchalter.com;IFS_filing@buchalter.com
- Glenn R Bronson    GRBronson@traskbritt.com, cawatters@traskbritt.com
- Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
- Jennifer Witherell Crastz    jcrastz@hrhlaw.com
- Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
- Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
- Sevan Gorginian    sevan@gorginianlaw.com, 2486@notices.nextchapterbk.com
- Stella A Havkin    stella@havkinandshrago.com, havkinlaw@earthlink.net;r49306@notify.bestcase.com
- M. Jonathan Hayes    jhayes@rhmfirm.com, roksana@rhmfirm.com;matt@rhmfirm.com;david@rhmfirm.com;susie@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;david@rhmfirm.com;sloan@rhmfirm.com
- Yana G Henriks    yhenriks@law-mh.com, rmcmurray@law-mh.com;sridgill@law-mh.com;lawclerk1@law-mh.com;lfreidenberg@law-mh.com;mbral@law-mh.com;egarcia@law-mh.com;clopez@law-mh.com
- Kimberly D Howatt    khowatt@gordonrees.com, sdurazo@grsm.com
- James KT Hunter    jhunter@pszjlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Joseph M Kar    jkar@mindspring.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
- Dare Law    dare.law@usdoj.gov
- David W. Meadows    david@davidwmeadowslaw.com
- Jessica Mickelsen Simon    simonjm@ballardspahr.com, carolod@ballardspahr.com
- Dennette A Mulvaney    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- Rana Nader    rnader@naderlawgroup.com, monique@naderlawgroup.com
- Joel A Osman    osman@parkermillsllp.com, gonzalez@parkermillsllp.com
- Malhar S Pagay    mpagay@pszjlaw.com, bdassa@pszjlaw.com
- Brian A Paino    bpaino@mcglinchey.com, asifuentes@mcglinchey.com;khan@mcglinchey.com
- Michael F Perlis    mperlis@lockelord.com, merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Michael F Perlis    , merickson@lockelord.com,jhagey@lockelord.com,RRJohnson@lockelord.com,bmungaray@lockelord.com
- Hamid R Rafatjoo    hrafatjoo@raineslaw.com, bclark@raineslaw.com
- Faye C Rasch    frasch@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com
- Damion Robinson    dr@agzlaw.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Daniel A Solitro    dsolitro@lockelord.com, ataylor2@lockelord.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Gary R Wallace    garyrwallace@ymail.com
- Alan J Watson    alan.watson@hklaw.com, rosanna.perez@hklaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Philip Layfield<br>8 The Green, Suite 6426<br>Dover, DE 19901<br>(202) 904-4409<br>phil@maximum.global<br><br><br>☒ *Individual appearing without attorney*<br>☐ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br>Layfield & Barrett, APC | CASE NO.: 2:17-bk-19548<br><br>CHAPTER: 7<br><br>ADVERSARY NO.:<br>(if applicable)<br><br>DATE NOTICE OF APPEAL FILED: 08/10/2020<br><br>DATE NOTICE OF CROSS APPEAL FILED:<br><br>APPEAL DOCKET ENTRY NO.: |
|---|---|
| Debtor(s). | |
| vs.<br><br>Plaintiff(s),<br><br><br>Defendant(s). | **NOTICE OF TRANSCRIPT(S) DESIGNATED FOR AN APPEAL** |

Notice is given to the court and other parties in interest that the following action was taken:

☒   I do not intend to designate any portion of the transcript(s).

☐   I requested a copy of the transcript(s).

    1.   Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
        Date (*specify*) _____ transcript was requested.

    2.   Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
        Date (*specify*) _____ transcript was requested.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 1                            **F 8004-1.1.NOTICE.TRANSCRIPT**

3. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

4. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

5. Hearing date (*specify*) _____ and time (*specify*) _____ of transcript requested.
   Date (*specify*) _____ transcript was requested.

☐  I intend to designate the following transcript(s) previously docketed:

1. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

2. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

3. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

4. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

5. Hearing date (*specify*) _____ of designated transcript.
   Docket entry number of designated transcript  (*specify*) _____

Date: 08/10/2020

_____
Printed name of law firm

*Philip Layfield*
_____
Signature

Philip Layfield
_____
Printed name

_____
Attorney for (*specify*)

Instructions

This Notice <u>cannot</u> be used to order a transcript.  To order a transcript, use the court approved Transcript Order Form on the court's website at www.cacb.uscourts.gov/transcripts.

This Notice must be served on opposing counsel and filed with the court within 14 days of the filing of the Notice of Appeal.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                    Page 2                    **F 8004-1.1.NOTICE.TRANSCRIPT**