# EXHIBIT X

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Central District of California

Case number (If known): _____ Chapter 7



☐ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's full name**

   Philip
   First name

   James
   Middle name

   Layfield
   Last name

   _____
   Suffix (Sr., Jr., II, III)

3. **Other names you know the debtor has used in the last 8 years**

   Philip Samuel Pesin

   Include any assumed, married, maiden, or trade names, or *doing business as* names.

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

   ☐ Unknown

   xxx – xx – 8 1 4 0     OR     9xx – xx – __ __ __ __

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

   ☐ Unknown

   __ __ – __ __ __ __ __ __ __
   EIN

   __ __ – __ __ __ __ __ __ __
   EIN

Official Form 105        Involuntary Petition Against an Individual        page **1**

Debtor  **Philip James Layfield** _____ Case number (if known)_____

| 6. Debtor's address | **Principal residence** | **Mailing address, if different from residence** |
|---|---|---|
| | Los Angeles MDC (Serial No. 71408-050)<br>Number   Street<br><br>535 N. Alameda Street<br><br>Los Angeles     CA    90012<br>City           State   ZIP Code<br><br>Los Angeles, California<br>County<br><br>**Principal place of business**<br><br>Number   Street<br><br>City           State   ZIP Code<br><br>County | Number   Street<br><br>City           State   ZIP Code |

| 7. Type of business | ☑ Debtor does not operate a business<br><br>*Check one if the debtor operates a business:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☑ None of the above |
|---|---|

| 8. Type of debt | **Each petitioner believes:**<br>☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment. |
|---|---|

| 9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor? | ☐ No<br>☑ Yes. Debtor **Layfield & Barrett, APC**    Relationship **Affiliate**<br>District **C.D. Cal.**    Date filed **08/03/2017**    Case number, if known **2:17-bk-19548**<br>                                    MM / DD / YYYY<br><br>Debtor _____    Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>                              MM / DD / YYYY |
|---|---|

Official Form 105            Involuntary Petition Against an Individual            page **2**

Debtor   **Philip James Layfield** _____  Case number *(if known)*_____

## Part 3: Report About the Case

**10. Venue**
Reason for filing in this court.

*Check one:*

☐ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☐ No

☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Wellgen Standard, LLC | Judgment | $ 4,488,153.80 |
| Richard M. Pachulski, Chapter 11 Trustee of Layfield & Barrett, APC | Conversion | $ 1,002,500.00 |
| Alliance Legal Solutions, LLC | Guaranty | $ 154,407.93 |
| | Total | $ 5,645,061.73 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor  **Philip James Layfield**                                  Case number (if known) _____

## Part 4:  Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

Petitioners or Petitioners' Representative

x _/s/ Dan A. Taussig_____
Signature of petitioner or representative, including representative's title

**Wellgen Standard, LLC**
Printed name of petitioner

Date signed  **5 / 18 / 2018**
              MM   DD   YYYY

**Mailing address of petitioner**

**50 Ridgewood Rd.**
Number   Street

**Chagrin Falls**          **OH**     **44022**
City                       State     ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  **216-346-9796**
Email  **dtaussig@live.com**

**Name and mailing address of petitioner's representative, if any**

**Dan A. Taussig**
Name

**50 Ridgewood Rd.**
Number   Street

**Chagrin Falls**          **OH**     **44022**
City                       State     ZIP Code

Attorneys

x _/s/ Jeffrey I. Golden_____
Signature of attorney

**Jeffrey I. Golden**
Printed name

**Lobel Weiland Golden Friedman LLP**
Firm name, if any

**Suite 950, 650 Towne Center Drive**
Number   Street

**Costa Mesa**             **CA**    **92626**
City                       State    ZIP Code

Date signed  _____
             MM / DD / YYYY

Contact phone **714-966-1000**   Email **jgolden@lwgfllp.com**

Official Form 105              Involuntary Petition Against an Individual              page 4

Debtor    Philip James Layfield                                    Case number (if known) _____

✗ [signature]                                                      ✗ [signature]
Signature of petitioner or representative, including representative's title    Signature of Attorney

Richard M. Pachulski, Chapter 11 Trustee                           Malhar S. Pagay
Printed name of petitioner                                         Printed name

Date signed  5 17 2018                                             Pachulski Stang Ziehl & Jones LLP
             MM / DD / YYYY                                        Firm name, if any

                                                                   10100 Santa Monica Blvd., 13th Floor
                                                                   Number    Street

Mailing address of petitioner                                      Los Angeles              CA      90067
                                                                   City                     State   ZIP Code
10100 Santa Monica Blvd. Ste. 1300
Number    Street                                                   Date signed  5 17 2018
                                                                                MM / DD / YYYY
Los Angeles              CA      90067
City                     State   ZIP Code                          Contact phone  310-277-6910   Email mpagay@pszjlaw.com


Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City           State ZIP Code


✗ _____                             ✗ _____
Signature of petitioner or representative, including representative's title    Signature of Attorney

Alliance Legal Solutions, LLC                                      Megan Hanley Baer
Printed name of petitioner                                         Printed name

Date signed  _____                                           _____
             MM / DD / YYYY                                        Firm name, if any

                                                                   501 S. Sharon Amity Road
                                                                   Number    Street

Mailing address of petitioner                                      Charlotte                NC      28211
                                                                   City                     State   ZIP Code
501 S. Sharon Amity Road
Number    Street                                                   Date signed  _____
                                                                                MM / DD / YYYY
Charlotte                NC      28211
City                     State   ZIP Code                          Contact phone 877-584-9044   Email mbaer@alliancefundings.com


Name and mailing address of petitioner's representative, if any

Cheryl Kaufman
Name

501 S. Sharon Amity Road
Number    Street

Charlotte                NC      28211
City                     State   ZIP Code


Official Form 105                    Involuntary Petition Against an Individual                    page 5

Debtor **Philip James Layfield** Case number (if known)

✗ _____
Signature of petitioner or representative, including representative's title

**Richard M. Pachulski, Chapter 11 Trustee**
Printed name of petitioner

Date signed ___ / ___ / _____
MM / DD / YYYY

**Mailing address of petitioner**

10100 Santa Monica Blvd. Ste. 1300
Number  Street

Los Angeles            CA        90067
City                   State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dan A. Taussig
Name

50 Ridgewood Rd
Number  Street

Chagrin Falls          OH        44022
City         State ZIP Code

✗ _____
Signature of Attorney

**Malhar S. Pagay**
Printed name

**Pachulski Stang Ziehl & Jones LLP**
Firm name, if any

10100 Santa Monica Blvd., 13th Floor
Number  Street

Los Angeles            CA        90067
City                   State     ZIP Code

Date signed ___ / ___ / _____
MM / DD / YYYY

Contact phone 310-277-6910  Email mpagay@pszjlaw.com

✗ _____
Signature of petitioner or representative, including representative's title

**Alliance Legal Solutions, LLC**
Printed name of petitioner

Date signed  05 / 15 / 2018
MM / DD / YYYY

**Mailing address of petitioner**

501 S. Sharon Amity Road
Number  Street

Charlotte              NC        28211
City                   State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Cheryl Kaufman
Name

501 S. Sharon Amity Road
Number  Street

Charlotte              NC        28211
City                   State     ZIP Code

✗ _____
Signature of Attorney

**Megan Hanley Baer**
Printed name

_____
Firm name, if any

501 S. Sharon Amity Road
Number  Street

Charlotte              NC        28211
City                   State     ZIP Code

Date signed  5 / 15 / 2018
MM / DD / YYYY

Contact phone 877-584-9044  Email mbaer@alliancefundings.com

Official Form 105            Involuntary Petition Against an Individual            page 5