# EXHIBIT AA

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **WEILAND GOLDEN GOODRICH LLP**<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@lwgfllp.com<br>Faye Rasch, State Bar No. 253838<br>frasch@lwgfllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone 714-966-1000<br>Facsimile 714-966-1002<br><br>Attorneys for Wellgen Standard, LLC<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Wellgen Standard, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>PHILIP JAMES LAYFIELD,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-BK-15829-NB<br>CHAPTER: 7<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. Title of motion: <u>Wellgen Standard,LLC'S Motion for Appointment of Interim Trustee</u>

   b. Date of filing of motion: <u>May 23, 2018</u>

2. Compliance with LBR 9075-1(b)(2)(A): (***The following three sections must be completed***):

   a. Briefly specify the relief requested in the motion:

   In this case, the appointment of an Interim Trustee is appropriate as a matter of law and necessary to preserve the property of the estate or to prevent loss to the estate during the "gap" period. Although Mr. Layfield is in the custody of the U.S. Marshalls, the location of his remaining assets & the person or persons in possession and/or control of those assets is unknown. Creditor, Wellgen Standard requests that an interim trustee be appointed for the safekeeping of assets pending entry of the order for relief on the involuntary petition. No opposition is anticipated to both the involuntary petition and the Motion, except potentially from Mr. Layfield.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*        Page 1        **F 9075-1.1.APP.SHORT.NOTICE**

b. Identify the parties affected by the relief requested in the motion:

Philip James Layfield

c. State the reasons necessitating a hearing on shortened time:

Hearing on shortened time is necessary in this case because although Mr. Layfield is in the custody of the U.S. Marshalls, the location of his remaining assets and the person or persons in possession and/or control of those assets is unknown. The immediate appointment of an interim trustee is necessary in this case to assure that any and all assets of the estate are preserved for the benefit of the estate.

Shortened time is requested within 7-10 days or such other time as acceptable to the Court.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory form F 9075-1.1.ORDER.SHORT.NOTICE

Date May 23, 2018

WEILAND GOLDEN GOODRICH LLP
Printed name of law firm

/s/ JEFFREY I. GOLDEN
Signature of individual Movant or attorney for Movant

Jeffrey I. Golden
Printed name of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 23, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **May 23, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 23, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 23, 2018 | Kelly Adele | *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

**F 9013-3.1.PROOF.SERVICE**

**VIA U.S. MAIL**
Philip Layfield
#71408050
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90078

**VIA OVERNIGHT MAIL**
Philip Layfield
Serial No. 71408-050)
Metropolitan Detention Center
535 N. Alameda Street
Los Angeles, CA 90012

Richard Pachulski, Chapter 11 Trustee
10100 Santa Monica Boulevard, Ste 1300
Los Angeles, CA 90067

Alliance Legal Solutions, LLC
Cheryl Kaufman
Megan Hanley Baer
501 S. Sharon Amity Road
Charlotte, NC 28211


**Electronic Mail Notice List**
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov