# EXHIBIT BB

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Faye C Rasch, State Bar No. 253838<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Fax: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorneys for Wellgen Standard, LLC* | **FILED & ENTERED**<br><br>**MAY 23 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –LOS ANGLES DIVISION**

| In re:<br><br>PHILIP JAMES LAYFIELD<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:18-bk-15829-NB<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*): Philip James Layfield

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   a. *Title of motion*: Motion for Order Appointing an Interim Trustee Under 11 U.S.C. Section 303(G); Memorandum of Points and Authorities

   b. *Date of filing of motion:* 05/23/18

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*: 05/23/18

3. Based upon the court's review of the application, it is ordered that:

   a. ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒  The Application is granted, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*     Page 1     **F 9075-1.1.ORDER.SHORT.NOTICE**

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** 5/29/18 | **Place:** |
| **Time:** 11:00 a.m. | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1545 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

(A) *Deadlines:*   (B) *Persons/entities to be provided with telephonic notice:*
Date:

Time:    ☐ See attached page

(C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using the methods set forth below:   ☐ ~~one of the methods checked~~   ☐ ~~all of the methods checked~~

(A)   ☐ ~~Personal Delivery~~   ☐ ~~Overnight Mail~~   ☐ ~~First class mail~~   ☐ ~~Facsimile*~~   ☐ ~~Email*~~

(B) *Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Filing ("NEF")*:

Date: **5/25/18**

Time: noon.

(C) *Persons/entities to be served with written notice and a copy of this order:*
**Parties to be served via Expedited Service:** The alleged debtor, his bankruptcy counsel if known, his criminal defense counsel if known, all known secured creditors, any landlords, the petitioning creditors, and the United States Trustee.

☐ See attached page

(D) S*ervice is also required upon*:
~~United States trustee *(electronic service is not permitted)*~~
~~Judge's copy personally delivered to chambers *(see Court Manual for address)*~~

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:   ☐ ~~one of the methods checked~~   ☐ ~~all of the methods checked~~ Same as above.

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 2                    **F 9075-1.1.ORDER.SHORT.NOTICE**

(7) ☒ Other requirements:

*Telephonic appearances by interested parties are permitted if advance arrangements are made (see www.cacb.uscourts.gov, "Judges," "Bason, N.", "Instructions/Procedures"). The Movant's counsel must appear at the hearing in person.*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| | |
|---|---|
| ☐ at least 2 days before the hearing. | |
| ☒ no later than:   Date: 5/25/18 | Time: **noon** |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: May 23, 2018

*[signature]*
Neil W. Bason
United States Bankruptcy Judge

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                Page 3                F 9075-1.1.ORDER.SHORT.NOTICE