# EXHIBIT CC

WEILAND GOLDEN GOODRICH LLP
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye C. Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Wellgen Standard, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>PHILIP JAMES LAYFIELD,<br><br>Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7<br><br>**NOTICE OF HEARING ON WELLGEN STANDARD, LLC'S MOTION FOR ORDER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G)**<br><br>Date: May 29, 2018<br>Time: 11:00 a.m.<br>Place: Courtroom 1545<br>       255 E. Temple Street<br>       Los Angeles, CA  90012 |

**TO THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

     **PLEASE TAKE NOTICE** that the Court has signed an *Order Granting Application and Setting Hearing on Shortened Notice* (Docket 8, the "Order") regarding the *Motion for Order Appointing an Interim Trustee Under 11 U.S.C. § 303(G)* (Docket 5, the "Motion")[1] filed by Wellgen Standard, LLC ("Wellgen"). A copy of the Order is attached hereto. **The hearing on the Motion is set for May 29, 2018 at 11:00 a.m. in Courtroom 1545 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.**

---

[1] All capitalized terms not expressly defined herein shall have the meanings provided in the Motion.

1

1169932.1

**PLEASE TAKE FURTHER NOTICE** that a complete copy of the Motion is on file with the Bankruptcy Court and can be obtained by contacting Jeffrey I. Golden, Weiland Golden Goodrich LLP, by telephone at (714) 966-1000.

**PLEASE TAKE FURTHER NOTICE** that opposition to the Motion, if any, may be made orally at the hearing.

**PLEASE TAKE FURTHER NOTICE** that a reply to an opposition may be made orally at the hearing.

## SUMMARY OF MOTION

The Motion seeks an order directing the United States Trustee to appoint an Interim Trustee under 11 U.S.C. § 701 to preserve property of the estate and to prevent loss to the estate of the alleged Debtor, Mr. Philip James Layfield ("Mr. Layfield"). As set forth more fully in the Motion, appointment of an Interim Trustee is necessary to ensure that the interests of all of Mr. Layfield's creditors are fully protected and that the assets of Mr. Layfield are not further concealed, transferred and/or wasted. Accordingly, Wellgen respectfully requests that the Motion be granted.

Dated: May 24, 2018                    WEILAND GOLDEN GOODRICH LLP

By: _____
Jeffrey I. Golden
Attorneys for Wellgen Standard, LLC

2

1169932.1

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WEILAND GOLDEN GOODRICH LLP<br>Jeffrey I. Golden, State Bar No. 133040<br>jgolden@wgllp.com<br>Faye C Rasch, State Bar No. 253838<br>frasch@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Fax: (714) 966-1002 | **FILED & ENTERED**<br><br>**MAY 23 2018**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY sumlin DEPUTY CLERK |
| | **CHANGES MADE BY COURT** |
| ☐ *Individual appearing without attorney*<br>☒ Attorneys for Wellgen Standard, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGLES DIVISION**

| In re: | CASE NO.: 2:18-bk-15829-NB |
|---|---|
| | CHAPTER: 7 |
| PHILIP JAMES LAYFIELD | **ORDER:**<br>☒ GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE<br>☐ DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE<br>**[LBR 9075-1(b)]** |
| Debtor(s). | |
| **Movant** (*name*): Philip James Layfield | |

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: Motion for Order Appointing an Interim Trustee Under 11 U.S.C. Section 303(G); Memorandum of Points and Authorities

    b. *Date of filing of motion*: 05/23/18

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: 05/23/18

3. Based upon the court's review of the application, it is ordered that:

    a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

    b. ☒ The Application is granted, and it is further ordered that:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013     Page 1     F 9075-1.1.ORDER.SHORT.NOTICE

(1) ☒ A hearing on the motion will take place as follows:

| Hearing date: 5/29/18<br>Time: 11:00 a.m.<br>Courtroom: 1545 | Place:<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |
|---|---|

(2) ☐ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) <u>Deadlines:</u><br>Date:<br>Time: | (B) <u>Persons/entities to be provided with telephonic notice:</u><br><br>☐ See attached page<br>(C) <u>Telephonic notice is also required upon</u> the United States trustee |
|---|---|

(3) ☒ No later than the deadlines given, **written notice of the hearing** and **a copy of this order** must be served upon all persons/entities listed using the methods set forth below: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~

~~(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First class mail  ☐ Facsimile*  ☐ Email*~~

| (B) <u>Deadlines for **RECEIPT** of Expedited Service – i.e., overnight mail, personal delivery, facsimile*, email*, or Notice of Electronic Fiing ("NEF"):</u><br>Date: **5/25/18**<br>Time: <u>noon</u>. | (C) <u>Persons/entities to be served with written notice and a copy of this order:</u><br>**Parties to be served via Expedited Service: The alleged debtor, his bankruptcy counsel if known, his criminal defense counsel if known, all known secured creditors, any landlords, the petitioning creditors, and the United States Trustee.**<br><br>☐ See attached page<br>(D) <u>Service is also required upon:</u><br>~~United States trustee (electronic service is not permitted)~~<br>~~Judge's copy personally delivered to chambers~~<br>~~(see Court Manual for address)~~ |
|---|---|

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ ~~one of the methods checked~~ ☐ ~~all of the methods checked~~ <u>Same as above</u>.

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*        Page 2        F 9075-1.1.ORDER.SHORT.NOTICE

(7) ☒ Other requirements:

*Telephonic appearances by interested parties are permitted if advance arrangements are made (see www.cacb.uscourts.gov, "Judges," "Bason, N.", "Instructions/Procedures"). The Movant's counsel must appear at the hearing in person.*

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above~~, and a judge's copy of the Declaration of Notice and Service must be personally delivered to the judge's chambers~~:

| ☐ at least 2 days before the hearing. |
| ☒ no later than:   Date: 5/25/18   Time: **noon** |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

### ###

Date: May 23, 2018

_____
Neil W. Bason
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                    Page 3                          F 9075-1.1.ORDER.SHORT.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON WELLGEN STANDARD, LLC'S MOTION FOR ODER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. SECTION 303(G)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **May 24, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **May 24, 2018**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **May 24, 2018**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA  90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 24, 2018 | Kelly Adele | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**VIA U.S. MAIL**
Philip Layfield
#71408050
Metropolitan Detention Center
P.O. Box 1500
Los Angeles, CA 90078

**VIA OVERNIGHT MAIL**
Philip Layfield
(Serial No. 71408-050)
Metropolitan Detention Center
535 N. Alameda Street
Los Angeles, CA 90012

**VIA EMAIL**
Richard Pachulski, Chapter 11 Trustee
10100 Santa Monica Boulevard, Ste 1300
Los Angeles, CA 90067
Email: rpachulski@pszjlaw.com

Alliance Legal Solutions, LLC
Cheryl Kaufman
Megan Hanley Baer
501 S. Sharon Amity Road
Charlotte, NC 28211
Email: mbaer@alliancefundings.com

Anthony M. Solis
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
Anthony.solislaw@gmail.com

Tina Talarchyk, Esq.
The Talarchyk Firm
The Worth Avenue Building
205 Worth Avenue, Ste 320
Palm Beach, Fl 33480
Email: tmt@palmbeachbk11.com

**Electronic Mail Notice List**
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov