# **EXHIBIT DD**

Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye C. Rasch, State Bar No. 253838
frasch@wgllp.com
**WEILAND GOLDEN GOODRICH LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone   714-966-1000
Facsimile   714-966-1002

Attorneys for Wellgen Standard, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Philip James Layfield,<br><br>Debtor. | Case No. 2:18-bk-15829-NB<br><br>Chapter 7<br><br>**DECLARATION OF KELLY ADELE REGARDING WRITTEN NOTICE OF HEARINGS ON: (1) WELLGEN STANDARD, LLC'S MOTION FOR ODER APPOINTING INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G); (2) DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT OF WELLGEN STANDARD, LLC'S MOTION FOR ORDER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G); (3) NOTICE OF HEARING ON WELLGEN STANDARD, LLC'S MOTION FOR ORDER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G); (4)APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>DATE:   May 29, 2018<br>TIME:   11:00 a.m.<br>CTRM:   1545<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

# DECLARATION OF KELLY ADELE

I, Kelly Adele, declare as follows:

1. I am a legal secretary at the law offices of Weiland Golden Goodrich LLP (the "Firm"), counsel for Wellgen Standard, LLC. Except as otherwise stated, the following matters are true and correct and within my own personal knowledge and belief, and if called as a witness, I could and would competently testify thereto.

2. On May 23, 2018, prior to 5:00 p.m. (PST), the Firm served the Motion for Order Appointing Interim Trustee, Declaration of Jeffrey I. Golden in support of Wellgen Standard, LLC's Motion for Order Appointing Interim Trustee, and the Application for Order Setting Hearing on Shortened Notice via overnight mail on Philip Layfield and petitioning creditors Richard Pachulski and Alliance Legal Solutions. Malhar Pagay is on the Electronic Mail Notice list.

3. On May 24, 2018, prior to 5:00 p.m. (PST), the Firm served the Notice of Hearing on Motion for Order Appointing Interim Trustee via overnight mail on Philip Layfield and via email on petitioning creditors Richard Pachulski and Alliance Legal Solutions. Also, on May 24, 2018, I served Wellgen Standard LLC's Motion for Order Appointing Interim Trustee, Declaration of Jeffrey I. Golden in support of Wellgen Standard, LLC's Motion for Order Appointing Interim Trustee, the Application for Order Setting Hearing on Shortened Notice, and the Notice of hearing on Motion for Order Appointing Interim Trustee via email on Philip Layfield's criminal defense attorney, Anthony Solis, and his personal attorney, Tina Talarchyk.

4. On May 24, 2018, I received a call from Fedex informing me that the Los Angeles Metropolitan Detention Center will not accept overnight delivery packages for inmates.

///
///
///

5. On May 25, 2018, I instructed our attorney service, Janney & Janney to serve Philip Layfield via personal service at the Los Angeles Metropolitan Detention Center. Upon attempted entrance into the building, the process server was stopped, informed that only the Sheriff's Department can serve an inmate and was turned away. I promptly contacted the LA County Sheriff's Department and was told that because of the Memorial Day holiday, they are unable to serve Mr. Layfield until Tuesday, but will do so only after we obtain a new hearing date because our hearing date is the same date as the date Mr. Layfield would be served

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of May, 2018, at Costa Mesa, California.

_____
Kelly Adele

Weiland Golden Goodrich LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF KELLY ADELE REGARDING WRITTEN NOTICE OF HEARINGS ON: (1) WELLGEN STANDARD, LLC'S MOTION FOR ODER APPOINTING INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G); (2) DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT OF WELLGEN STANDARD, LLC'S MOTION FOR ORDER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G); (3) NOTICE OF HEARING ON WELLGEN STANDARD, LLC'S MOTION FOR ORDER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C. § 303(G); (4)APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 25, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) May 25, 2018 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 25, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Bason, 255 E. Temple Street, Los Angeles, CA 90012

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 25, 2018 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**
Jeffrey I Golden    jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com
Malhar S Pagay    mpagay@pszjlaw.com, mpagay@pszjlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov