# EXHIBIT EE

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgfllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone 714-966-1000
Facsimile 714-966-1002

Attorneys for Creditor, Wellgen Standard, LLC

**FILED & ENTERED**

**MAY 30 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** sumlin **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PHILIP JAMES LAYFIELD,<br><br>Debtor. | Case No. 2:18-15829-NB<br><br>Chapter 7<br><br>**ORDER GRANTING WELLGEN STANDARD, LLC'S MOTION FOR ORDER APPOINTING AN INTERIM TRUSTEE UNDER 11 U.S.C § 303(g)**<br><br>DATE: May 29, 2018<br>TIME: 11:00 a.m.<br>CTRM: 1545 |

On May 29, 2018, a hearing was held in the above-captioned Court on the Motion for Order Appointing an Interim Trustee Under 11 U.S.C. § 303(g) (the "Motion") filed by creditor, Wellgen Standard, LLC. Appearances were as noted on the record. The Court's tentative ruling, adopted as its final ruling, is attached hereto. The Court having taken judicial notice of the proceedings in the related case of In re Layfield & Barrett, case no. 2:17-bk-19548-NB, an interim trustee shall be appointed pursuant to 11 U.S.C §§ 303(g) and 701 and Rule 2001 of the Federal Rules of Bankruptcy Procedures. Based on that and for the reasons set forth in the Motion, including in particular the risk of concealment, waste, or loss of assets of the estate, and the public interest in protecting clients and other creditors of Mr. Layfield and/or his firms, and the evidence, argument and statements of counsel at the time of the hearing, and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Motion is granted;

2. The Office of the United States Trustee is directed to appoint a Chapter 7 Trustee in the above-captioned chapter 7 bankruptcy case to assume all of the duties of a trustee under 11 U.S.C. § 704; and

3. Bond shall be set at $-0- (subject to later adjustment as may be directed by the United States Trustee or, upon appropriate motion, by this Court).

###

Date: May 30, 2018

Neil W. Bason
United States Bankruptcy Judge

United States Bankruptcy Court
Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, May 29, 2018                                                     Hearing Room     1545

11:00 AM
2:18-15829      Philip James Layfield                                              Chapter 7

  #5.00      Hrg re: Motion for order appointing an interim
             trustee under 11 U.S.C. section 303(G)

                              Docket      5

  **Tentative Ruling:**

      Appearances required but telephonic appearances are permitted (as usual) if
      advance arrangements are made (see www.cacb.uscourts.gov, "Judges,"
      "Bason, N.", "Instructions/Procedures").

      Subject to any oral (or written) opposition at the hearing, and any reply, the
      tentative ruling is:
              (1) to take judicial notice of the proceedings in the related case (In
              re Layfield & Barrett, case no. 2:17-bk-19548-NB), and based on
              that and the arguments and evidence in the motion papers:
              (2) to grant the motion;
              (3) to issue an order:
                  (a) directing the appointment of an interim trustee pursuant to
                      11 U.S.C. 303(g) and 701 and Rule 2001 (Fed. R. Bankr. P.)
                      for the reasons set forth in the motion, including in particular
                      the risk of concealment, waste, or loss of assets of the
                      estate, and the public interest in protecting clients and other
                      creditors of Mr. Layfield and/or his firms, and
                  (b) directing the interim trustee to assume all of the duties of a
                      trustee under 11 U.S.C. 704; and
              (4) to set the bond at $-0- (subject to later adjustment as may be
                  directed by the United States Trustee or, upon appropriate
                  motion, by this Court).

      *Proposed order:* Except to the extent that this Court is persuaded to adopt
      any different ruling, the movant is directed to attach a copy of this tentative
      ruling to a proposed order, which must be lodged via LOU within 7 days after
      the hearing date, thereby incorporating this tentative ruling as this Court's final
      ruling.  *See* LBR 9021-1(b)(1)(B).

United States Bankruptcy Court
Central District of California
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

Tuesday, May 29, 2018     Hearing Room   1545

11:00 AM
CONT...    Philip James Layfield      Chapter 7

If appearances are <u>not</u> required at the start of this tentative ruling but you wish to dispute the tentative ruling, or for further explanation of "appearances required/are not required," please see Judge Bason's Procedures (posted at www.cacb.uscourts.gov) then search for "tentative rulings." If appearances <u>are</u> required, and you fail to appear without adequately resolving this matter by consent, then you may waive your right to be heard on matters that are appropriate for disposition at this hearing.

| Party Information |
|---|

**Debtor(s):**

    Philip James Layfield                   Pro Se