# EXHIBIT GG

**WEILAND GOLDEN GOODRICH LLP**
Jeffrey I. Golden, State Bar No. 133040
jgolden@wgllp.com
Faye Rasch, State Bar No. 253838
frasch@wgllp.com
650 Town Center Drive, Suite 600
Costa Mesa, California 92626
Telephone:   714-966-1000
Facsimile:    714-966-1002

**BRADLEY ARANT BOULT CUMMINGS LLP**
Roger G. Jones (admitted pro hac vice)
rjones@bradley.com
1600 Division Street, Suite 700
Nashville, TN 37219
Telephone: 615-252-2323

Attorneys for Wellgen Standard, LLC

FILED & ENTERED

DEC 12 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| In re | Case No. 2:18-bk-15829-NB |
|---|---|
| PHILIP JAMES LAYFIELD, | Chapter 7 |
| Debtor. | **ORDER FOR RELIEF IN AN INVOLUNTARY CASE** |

On consideration of the petition filed May 21, 2018, against the above-named

//

1198318.1    ORDER

debtor, and for the reasons set forth in this Court's adopted tentative ruling (dkt. 149, pp. 5-7, ¶ (2)) on the motion of Wellgen Standard, LLC for summary judgment (dkt. 100) and Mr. Layfield's motions to transfer venue (dkt. 93), to dismiss (dkt. 48), to convert (dkt. 95), and all related matters (*e.g.*, dkt. 37), an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

###

Date: December 12, 2018

Neil W. Bason
United States Bankruptcy Judge

1198315.1

ORDER