# EXHIBIT HH

Form ofri–(orlf7,orlf11,iors) VAN–93
Rev. 12/2015

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER FOR RELIEF AND ORDER TO FILE SCHEDULES, STATEMENTS AND LIST(S)

**DEBTOR(S) INFORMATION:**
Philip James Layfield
aka Philip Samuel Pesin
**SSN:** xxx–xx–0000
**EIN:** N/A

8 The Green, Suite 6426
Dover, DE 19901

**BANKRUPTCY NO.** 2:18–bk–15829–NB
**CHAPTER** 7

Order/Notice to the parties in interest:

An involuntary Chapter 7 petition having been filed against the above–named debtor on May 21, 2018

☐ Debtor consented to the entry of an order of relief.

☐ No pleading or other defense to the petition having been filed within 21 days after service of the summons (or within any longer period of time precribed by the Court), an Order for Relief is hereby issued against the debtor.

Debtor is ordered to file within **seven** days after entry of this order for relief, a list containing the name and address of each entity included on Schedule D, E/F, G, and H as prescribed by the Official Forms (Federal Rule of Bankruptcy Procedure 1007(a)(2)).

Debtor is also ordered to file schedules, statement and Statement About Your Social Security Numbers (Official Form B121) referred to in Federal Rule of Bankruptcy Procedure 1007(a),(c) and (f) within 14 days after entry of this Order For Relief.

Dated: December 12, 2018

For The Court,

**Kathleen J. Campbell**
Clerk of Court