# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I caused a copy of the foregoing **APPENDIX TO BRIEF OF APPELLEE RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF LAYFIELD & BARRETT, APC, RE: ORDER APPROVING THIRD STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD: APPELLEE'S EXCERPTS OF RECORD** to be served on Appellant Philip James Layfield at phil@maximum.global by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

On October 23, 2020, I caused to be served the above-described document by hand delivery to:

The Honorable Stanley Blumenfeld Jr.
U.S. Courthouse
Courtroom 6C
350 W. 1st Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 23, 2020, at Los Angeles, California.

*/s/ Malhar S. Pagay*
Malhar S. Pagay

DOCS_LA:333370.1 51414/001