Malhar S. Pagay (CA Bar No. 189289)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

Attorneys for Appellee, Richard M. Pachulski,
Chapter 11 Trustee for the Bankruptcy Estate of
Layfield & Barrett, APC

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LAYFIELD & BARRETT, APC,<br><br>    Debtor.<br><br>PHILIP JAMES LAYFIELD,<br><br>    Appellant,<br><br> v.<br><br>RICHARD M. PACHULSKI, CHAPTER 11 TRUSTEE FOR THE BANKRUPTCY ESTATE OF LAYFIELD & BARRETT, APC,<br><br>    Appellee. | Case No. 2:20-cv-07159-SB<br><br>(Bankruptcy Case No.: 2:17-bk-19548-NB)<br><br>**JOINT STATUS REPORT RE: APPEAL OF BANKRUPTCY COURT ORDER APPROVING THIRD STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD** |

DOCS_LA:337729.15 1414/001

The instant appeal arises from the bankruptcy court's entry of an *Order Approving Third Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [BK Docket No. 494][1] approving the third in a series of stipulations extending the deadline (the "Avoidance Action Deadline") for Richard M. Pachulski (the "L&B Trustee"), Chapter 11 Trustee for the bankruptcy estate of Layfield & Barrett, APC ("L&B"), to commence actions that would seek the avoidance of transfers to and recovery of property from Philip Layfield (the "Appellant").

The instant appeal was commenced by Appellant's filing of a Notice of Appeal on August 10, 2020. On September 23, 2020, Appellant filed *Appellant, Philip Layfield's Opening Brief* [Docket No. 15] and accompanying appendix containing excerpts of record. On October 23, 2020, appellee, the L&B Trustee, filed his *Brief of Appellee Richard M. Pachulski, Chapter 11 Trustee for the Bankruptcy Estate of Layfield & Barrett, APC, Re: Order Approving Third Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [Docket No. 20] and accompanying appendix containing excerpts of record [Docket No. 21]. The parties believe that the appeal has been fully briefed for decision.

Subsequent to the commencement of this appeal, on February 23, 2021, the Trustees entered into that certain *Fourth Stipulation and Tolling Agreement Extending Statutes of Limitation Re: Philip Layfield* [BK Docket No. 557] (the "Fourth Extension Stipulation"), pursuant to which, among other relief, they agreed to further extend the Avoidance Action Deadline until September 13, 2021. The Bankruptcy Court approved the Fourth Extension Stipulation by order entered on February 24, 2021 [BK Docket No. 558].

The Appellant objects to the Fourth Extension Stipulation based on Appellant's belief that the Bankruptcy Court no longer has jurisdiction to continue to enter orders

---

[1] References to "BK Docket No." are to the docket in the bankruptcy case of L&B, Case No. 2:17-bk-19548-NB.

1

on the same subject matter as the instant appeal.

Dated: May 6, 2021  Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

By  /s/ Malhar S. Pagay
     Malhar S. Pagay

Attorneys for Appellee,
Richard M. Pachulski, Chapter 11
Trustee for the Bankruptcy Estate of
Layfield & Barrett, APC

PHILIP J. LAYFIELD

Philip J. Layfield

Appellant

2

DOCS_LA:337729.1 51414/001

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2021, I caused a copy of the foregoing **JOINT STATUS REPORT RE: APPEAL OF BANKRUPTCY COURT ORDER APPROVING THIRD STIPULATION AND TOLLING AGREEMENT EXTENDING STATUTES OF LIMITATION RE: PHILIP LAYFIELD** to be served on Appellant Philip James Layfield at phil@maximum.global by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.

On May 6, 2021, I caused to be served the above-described document by hand delivery to:

The Honorable Stanley Blumenfeld Jr.
U.S. Courthouse
Courtroom 6C
350 W. 1st Street
Los Angeles, CA  90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 6, 2021, at Los Angeles, California.

/s/Malhar S. Pagay
Malhar S. Pagay

DOCS_LA:337729.1 51414/001